AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2023

SEAN F. McAVOY, CLERK

CLIFTON DODD,

_____
*Plaintiff*

v.

BRENT BORG and FRANK RIVERA,

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   2:23-cv-00219-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Pursuant to the Order filed at ECF No. 8, this action is DISMISSED WITH PREJUDICE for failure to state a
claim upon which relief may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   MARY K. DIMKE _____ .

Date:  11/22/2023 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Ruby Mendoza _____
*(By) Deputy Clerk*

Ruby Mendoza _____